UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ROBERT JAMES HILLS
CATHERINE EVANS HILLS, Debtors

CHAPTER 13
CASE NO: 24-42227
JUDGE MARIA L. OXHOLM

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2025**, I served the following paper(s):

**TRUSTEE'S NOTICE OF HEARING OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS UNDER CHAPTER 13 PLAN**

on the following parties at these addresses via USPS mail:

**ROBERT JAMES HILLS
CATHERINE EVANS HILLS
1729 HAMILTON DR.
BLOOMFIELD HILLS, MI  48302**

And served electronically via ECF to following:

**Russell & Stoychoff P.C.
838 W. Long Lake Road
SUITE 100
Bloomfield Hills, MI  483022070**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

**/S/ LATOYA ETHRIDGE (LA)**
Chapter 13 Standing Trustee Clerk
535 Griswold Street, Suite 2100
Detroit, MI  48226
(313) 967-9857
mieb_ecfadmin@det13.net